UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Presley Goin, a minor, by Nonna and Ronald Goin, her parents and natural guardians; Nonna and Ronald Goin, individually and Mayo Clinic Rochester, as assignee of Presley, Nonna and Ronald Goin, | Civil No. 05-771 (RHKJSM) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Southeastern Minnesota Private Industry Council, Inc. Employee Medical and Dental Benefit Plan, Southeastern Minnesota Private Industry Council, Inc., Workforce Development, Inc., Employee Benefit Plan, and Workforce Development, Inc., | |
| Defendants. | |

---

Based upon the Stipulation of Dismissal with Prejudice entered into by the parties and upon Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 14, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge